**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BRAYAN URIZAR GOMEZ MEJIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-1424-HE |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation [Doc. #13], recommending the court dismiss as moot petitioner's habeas petition challenging the legality of his detention by U.S. Immigration and Customs Enforcement (ICE). The recommended ruling is based on the absence of an actual case or controversy for the court to decide because of petitioner's release from ICE custody.

The magistrate judge advised the parties of their right to file an objection to the Report and Recommendation by October 9, 2026 and further advised them of the consequences for failure to make a timely objection. To date, no objection has been filed. Consequently, the parties have waived appellate review of the factual and legal issues contained in the Report and Recommendation. See Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. #13] is **ADOPTED**. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **DISMISSED as MOOT**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 13th day of October, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE